■ ROSE ROSENBERG et al., Appellants, v. GERTRUDE GRANICH, Individually and as Administratrix of the Estate of SAMUEL GRANICH, Deceased, Respondent.— Order of the Supreme Court, Kings County, dated September 18, 1967, affirmed, with $10 costs and disbursements (*Allen* v. *Crowell-Collier Pub. Co.*, 21 N Y 2d 403). The documents, passbooks and papers in question shall be produced at the place directed in the order under review at a time specified in a written notice of not less than 10 days or at such other time and

place as may be agreed by the parties. Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.